IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

SUZANNE BRENNER, AND BRIAN
BRENNER, HER HUSBAND,

    Plaintiffs,

v.

    Civil Action No. 2:16-cv-08112
    Honorable Joseph R. Goodwin

GATEWAY HOSPITALITY
PARKERSBURG, LLC D/B/A
COMFORT SUITES-PARKERSBURG,

    Defendant.

## FINAL DISMISSAL ORDER

Came this day the parties to the above-styled action, by their respective counsel. Whereupon the Court was advised that all claims and matters at issue and in dispute in connection with the present case have been resolved by agreement. And, whereupon Motion was made that the Court dismiss the present action from the docket of the Court, with prejudice to the Plaintiffs.

And the Court, hearing no objection to the aforesaid Motion, and based upon the agreement of the parties, does hereby **ORDER** that the present action should be and the same is hereby **DISMISSED, WITH PREJUDICE TO THE PLAINTIFFS.**

The Clerk is hereby instructed to forward certified copies of this Order to counsel of record as follows:

Brent M. Kesner, Esq.
**Kesner & Kesner, PLLC**
P.O. Box 2587
Charleston, WV 25329
*Counsel for Defendants*

Brian J. Headley, Esq.
**Headley Law LLC**
1156 Bowman Rd., Suite 200
Mount Pleasant, SC 29464
*Counsel for Plaintiffs*

Bruce M. White, Esq.
**Law Offices of Bruce M. White, L.C.**
720 Juliana Street
Parkersburg, WV 26101
*Counsel for Plaintiffs*

29137/198

ENTER this 24 day of October, 2016.

_____
Honorable Joseph R. Goodwin

PREPARED BY:

_____
Brent K. Kesner (WVSB #2022)
Tanya M. Kesner (WVSB #5162)
**Kesner & Kesner, PLLC**
112 Capitol Street
P. O. Box 2587
Charleston, WV 25329
*Counsel for Defendants*

APPROVED BY:

_____
Bruce M. White (WVSB #4004)
**Law Offices of Bruce M. White, L.C.**
720 Juliana Street
Parkersburg, WV 26101

_____
Brian J. Headley (Bar No. 9667)
**Headley Law LLC**
1156 Bowman Rd., Suite 200
Mount Pleasant, SC 29464

29137/198